**HONORABLE THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | No.: 2:22-cv-01365-TSZ <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Display Technologies, LLC a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management, LLC

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:22-cv-01365-TSZ)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

Dated: <u>September 29, 2022</u>.

**MEYLER LEGAL, PLLC**

 /S/ SAMUEL M. MEYLER
SAMUEL M. MEYLER, WSBA #39471
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
Tel: 206-876-7770
Fax: 206-876-7771
E-mail: samuel@meylerlegal.com
*Counsel for Plaintiff Display Technologies, LLC*

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:22-cv-01365-TSZ)

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771